| | |
|---|---|
| 1 | LAW OFFICES OF LAWRENCE G. PAPALE |
| 2 | LAWRENCE G. PAPALE (SBN 67068) |
|  | lgpapale@papalelaw.com |
| 3 | The Cornerstone Building |
|  | 1308 Main Street, Suite 117 |
| 4 | Saint Helena, CA 94574 |
| 5 | Telephone: (707) 963-1704 |
| 6 | Attorney for Plaintiffs, C & J, INC. d/b/a |
|  | ARMADILLO'S RESTAURANT and MARIO'S |
| 7 | RISTORANTE ITALIANO, individually, and as |
|  | proposed Class Representatives of the Putative |
| 8 | Class |
| 9 | [Additional Counsel Listed on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C & J, INC. d/b/a Armadillo's Restaurant and MARIO'S RISTORANTE ITALIANO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SYSCO CORPORATION and SYSCO SAN FRANCISCO, INC.<br><br>Defendants. | Case No. 3:17-cv-06553-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS** |

Plaintiffs C & J, Inc. d/b/a Armadillo's Restaurant and Mario's Ristorante Italiano and Defendants Sysco Corporation and Sysco San Francisco, Inc. (collectively "Sysco") (together, the "parties"), by and through their respective counsel of record, hereby stipulate and agree as follows, and request the Court approve their stipulation for good cause shown:

1     WHEREAS, Sysco filed a motion to dismiss on February 16, 2018 (Dkt. No. 18) with Plaintiffs' response due on March 2, 2018, Sysco's reply due on March 9, 2018 and a hearing date of April 12, 2018;

    WHEREAS, Plaintiffs' counsel has spoken to counsel for Sysco and Sysco has agreed that Plaintiffs could file their response to the motion to dismiss by March 16, 2018;

    WHEREAS, in the interest of efficiency and convenience of the Court and the parties, the parties wish to coordinate the briefing schedule and hearing date on Sysco's motion to dismiss;

    WHEREAS, the parties therefore stipulate and agree to the following briefing schedule and hearing date for Sysco's motion to dismiss:

| | |
|---|---|
| Plaintiff's Opposition to Sysco's motion: | March 16, 2018 |
| Due date for Replies: | March 30, 2018 |
| Hearing on Sysco's motion: | April 26, 2018 at 1:30 p.m. |

    WHEREAS, the parties respectfully request, for good cause shown, that the Court approve the above schedule for the briefing and hearing on Sysco's Motion to Dismiss.

**IT IS SO STIPULATED**.

Dated: March 1, 2018

/s/ Lawrence G. Papale
LAW OFFICES OF LAWRENCE G. PAPALE
LAWRENCE G. PAPALE (SBN 67068)
lgpapale@papalelaw.com
The Cornerstone Building
1308 Main Street, Suite 117
Saint Helena, CA 94574
Telephone: (707) 963-1704

INSURANCE LITIGATORS
& COUNSELORS PLC.
Joseph John Turri (SBN 181994)
Attila Panczel (SBN 250799)
insterminator@aol.com
445 North State Street
Ukiah, California 95482
Telephone: (707) 462-6117
Facsimile: (707) 230-5525

METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.
Robert G. Methvin, Jr. (*PHV* to be filed)
rgm@mmlaw.net
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399

Attorneys for Plaintiffs, C & J, INC. d/b/a ARMADILLO'S RESTAURANT and MARIO'S RISTORANTE ITALIANO, individually, and as proposed Class Representatives of the Putative Class

Dated: March 1, 2018

/s/ Mark Riera
AKERMAN LLP
MARK RIERA (SBN 118238)
Mark.riera@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 668-9500
Facsimile: (213) 627-6342

Attorney for Defendants, SYSCO CORPORATION and SYSCO OF SAN FRANCISCO, INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Lawrence G. Papale, am the ECF user whose ID and password are being used to file this Joint Case Management Conference Statement. In compliance with Local Rule 5-1, I hereby attest that Mark Riera, counsel for Defendants has concurred in this filing.

Dated: March 1, 2018

                                            LAW OFFICES OF LAWRENCE G. PAPALE

                                            /s/ Lawrence G. Papale
                                            Attorney for Plaintiffs, C & J, INC. d/b/a ARMADILLO'S RESTAURANT and MARIO'S RISTORANTE ITALIANO, individually, and as proposed Class Representatives of the Putative Class

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

March ~~1~~ 5, 2018

_____
Honorable Richard Seeborg
United States District Judge